**Entered on Docket**
**November 01, 2017**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



TIMOTHY S. LAFFREDI (WI Bar No. 1055133)
Assistant United States Trustee
MARGARET H. McGEE (Bar No.?)
Trial Attorney
United States Department of Justice
Office of the U.S. Trustee
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
Telephone: (415) 252-2080
Facsimile: (415) 705-3379
Email: margaret.h.mcgee@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

The following constitutes
the order of the court. Signed November 1, 2017

_____
**Stephen L. Johnson**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>**RUTH MEJORADO, a/ka RUTH MIA BURNIAS, a/k/a BURNIAS PEREZ,**<br><br>Debtor. | Case No. 16-52938 SLJ<br>Chapter 7<br><br>Date:   October 25, 2017<br>Time:  1:30 p.m.<br>Ctrm:  3099 |

## ORDER DENYING DEBTOR'S DISCHARGE

Tracy Hope Davis, the U.S. Trustee for Region 17 ("U.S. Trustee") having filed a motion to deny the above captioned debtor's discharge pursuant to 11 U.S.C. § 727(a)(8) on August 14, 2017 (ECF No. 84) (the "Motion"), the matter having been heard on the above date and time, Maggie McGee having appeared on behalf of the U.S. Trustee, no other appearances having been made and good cause appearing thereon, it is hereby:

ORDERED that the Motion is GRANTED; it is further

ORDERED that the above captioned Debtor's discharge shall be, and hereby is, denied.

****************END OF ORDER***************

| | |
|---|---|
| 1 | Court's Service List |
| 2 | ECF Filers |
| 3 | |
| 4 | Ruth Merjordo<br>4824 Byington Drive |
| 5 | San Jose CA 95138-2415 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |